UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO IXTOS AMBROCIO,<br>Petitioner,<br>v.<br>SCOTT FRAUENHEIM, et al.,<br>Respondents. | No. 1:26-cv-05691-DAD-JDP (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS</u><br><br>(Doc. No. 7) |

Petitioner Diego Ixtos Ambrocio is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 17, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. (Doc. No. 7.) Specifically, the magistrate judge found that petitioner was not properly detained pursuant to 8 U.S.C. § 1225(b)(2)(A) and the failure to provide him a bond hearing pursuant to § 1226(a) for several months rendered release the only appropriate remedy. (*Id.* at 2–7.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days of service. (*Id.* at 7.) On August 23, 2026, respondents filed their objections which are comprised of a single sentence stating that they

/////

object for the same reasons raised in their prior briefing. (Doc. No. 8.) These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The court ADOPTS IN FULL the findings and recommendations issued on August 17, 2026 (Doc. No. 7);
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
    a. Respondents are ORDERED to immediately release petitioner Diego Ixtos Amborcio, A-File No. 221-059-577, from respondents' custody;
    b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless they provide petitioner with notice and a pre-detention hearing before an immigration judge, at which hearing the burden will be set in accordance with 8 U.S.C. § 1226(a) and its implementing regulations;
3. The Clerk of the Court is directed to serve a copy of this order on the Central Valley Annex Detention Facility; and
4. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **August 25, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE